IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02163-PAB-KLM

KATHRYN FARMER, an individual, and
YOUR CENTER INC., a Colorado corporation,

     Plaintiffs,

v.

GENERAL MOTORS CORPORATION, a Delaware corporation, and
STEVINSON CHEVROLET WEST INC., a Colorado corporation

     Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss with Prejudice [Docket No. 22].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the Stipulated Motion to Dismiss with Prejudice [Docket No. 22] is granted.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED April 30, 2009.

BY THE COURT:

s/Philip A. Brimmer_____
PHILIP A. BRIMMER
United States District Judge